IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BACARI L. FROST,

   Appellant,

 v.            Case No. 5D16-1243

STATE OF FLORIDA,

   Appellee.

_____/

Opinion filed August 26, 2016

3.800 Appeal from the Circuit Court
for Orange County,
Keith A. Carsten, Judge.

Bacari L. Frost, Daytona Beach, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Lori N. Hagan, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

   We affirm the trial court's order denying Appellant's Florida Rule of Criminal Procedure 3.800(a) motion to correct an illegal sentence. Contrary to Appellant's assertions in his motion, he did not receive a "youthful offender" sentence when first sentenced, as evidenced by the copy of the plea agreement and the judgment and sentence attached to his motion.

   AFFIRMED.

SAWAYA, ORFINGER and LAMBERT, JJ., concur.